FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>ERIC LEE MORROW,<br><br>　　　　　　　　　Defendant. | No.   2:19-CR-0138-WFN-1<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

Pending before the Court is the Government's Motion for Order of Dismissal with Prejudice. ECF No 65. For good cause shown,

**IT IS ORDERED** that:

1. The Government's Motion for Order of Dismissal with Prejudice, filed May 31, 2023, **ECF No. 65**, is **GRANTED**.

2. The Indictment filed against Mr. Morrow on September 4, 2019, and the Information Superseding Indictment filed against Mr. Morrow on June 24, 2021, are **DISMISSED with prejudice**.

3. The September 6, 2023 sentencing hearing is **STRICKEN**.

The District Court Executive is directed to file this Order and provide copies to counsel **and to** United States Probation Officer Erik Carlson.

**DATED** this 1st day of June, 2023.

06-01-23

　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER